IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WINFRED F. NICKOLSON

v.   :   CIVIL ACTION NO. WMN-02-3214

UNITED STATES, *et al.*

## ORDER

Plaintiff filed the above-captioned action contesting action by the Internal Revenue Service, together with the $150.00 civil filing fee, on October 2, 2002. Plaintiff therefore bears the responsibility for effecting service of process on defendant.

Pursuant to Fed. R. Civ. P. 4, plaintiff may so do by presenting a summons to the Clerk of the Court for signature and seal and then serving a copy of the summons and complaint on defendant. Service of the summons and the complaint may be effected **by any person who is not a party and who is at least 18 years of age**.

Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and complaint must promptly notify this Court, through an affidavit, that he or she has served defendant. If plaintiff does not use a private process service, and instead uses registered or certified mail to make service, the must file with the Court the United States Post Office acknowledgment as proof of service.

Plaintiff is also reminded that because he is suing a federal agency, he must serve, not only the official, but also John Ashcroft, United States Attorney General, Department of Justice, 10th & Constitution Avenue, N.W., Washington, D.C. 20530; and the United States Attorney for the District of Maryland, Room 6625, 101 West Lombard Street, Baltimore, Maryland 21201.



Plaintiff is cautioned that failure to comply with this Order and effect service of process within 120 days of initiating this lawsuit shall result in the dismissal of the complaint without further notice from the Court.

Accordingly, **IT IS** this 7th day of October, 2002, by this Court hereby **ORDERED:**

1. That the Clerk of the Court **MAIL** a copy of this Order to plaintiff.

William M. Nickerson
Senior United States District Judge