IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| WINFRED F. NICHOLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil No. WMN-02-3214 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion to Dismiss, Memorandum of Points and Authorities in Support of its Motion to Dismiss, and proposed ORDER has been made this 26th day of February, 2003, by mailing, postage prepaid, addressed to:

>WINFRED F. NICHOLSON, pro se
>7541 E. Howard Rd.
>Glen Burnie, MD 21060

>_____/S/_____
>JONATHAN D. CARROLL
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Washington, D.C. 20044
>Telephone: (202) 307-6669