IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WINFRED F. NICHOLSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. WMN-02-3214 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Having considered the United States' motion to dismiss, together with the memorandum of points and authorities in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2003, at Baltimore, Maryland,

ORDERED that the United States' motion to dismiss is GRANTED; and it is further ORDERED that plaintiff's complaint be and is DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

WINFRED NICHOLSON (pro se)
P.O. Box 1705
Glen Burnie, MD 21060

JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044